

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00109-CV

**ALFRED LEE STONE,**

**Appellant**

**v.**

**CPT. J. YOUNG CORRECTIONAL OFFICER, INDIVIDUALLY AND SEVERALLY,**

**Appellee**

**From the 12th District Court
Walker County, Texas
Trial Court No. 1829026**

## MEMORANDUM OPINION

Alfred Lee Stone appealed an adverse judgment rendered against him on March 8, 2019. Stone has now filed a motion to dismiss his appeal. The motion is granted, and this proceeding is dismissed. TEX. R. APP. P. 42.1(a)(1).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
　　　Justice Davis, and
　　　Justice Neill
Dismissed
Opinion delivered and filed July 17, 2019
[CV06]

